MALLORY, Appellant, v. TITLE GUARANTEE & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Francis S. Mallory against the Title Guarantee & Trust Company. W. H. Black, of New York City, for appellant. H. Swain, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MALONE, Appellant, v. MANN, Respondent, et al. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Joseph P. T. Malone against Elias P. Mann, impleaded with others. No opinion. Judgment unanimously affirmed, with costs.

MALONE, Respondent, v. SCHMITT, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Elizabeth G. Malone against Constantine Schmitt. No opinion. Judgment affirmed, with costs.

MANDEL, Respondent, v. HOPKINS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Adolf Mandel against David Hopkins and another, as executors, etc. W. S. Bennet, of New York City, for appellants. M. S. Harris, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 1072; 148 N. Y. Supp. 1129.

MANDEL, Appellant, v. HOPKINS et al., Respondents. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Adolph Mandel against David Hopkins and another, as executors, etc. M. S. Harris, of New York City, for appellant. W. S. Bennet, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 148 N. Y. Supp. 1129.

MANDERY, Appellant, v. MANDERY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Julia M. A. Mandery against Joseph J. Mandery. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 146 N. Y. Supp. 1099.

MANILLA ANCHOR BREWING CO., Appellant, v. RAW SILK TRADING CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. May 19, 1914.) Action by the Manilla Anchor Brewing Company against the Raw Silk Trading Company, impleaded with another. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect the appeal, place the case on the calendar for Monday, June 1, 1914, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 148 N. Y. Supp. 119.

MANNING, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Annie Manning against the Staten Island Midland Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

MARKEVICH, Appellant, v. ROYAL INS. CO., Limited, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Peter Markevich against the Royal Insurance Company, Limited. No opinion. Motion granted, without costs. See, also, 147 N. Y. Supp. 1004; 148 N. Y. Supp. 1129.

MARKEVICH, Appellant, v. ROYAL INS. CO., Limited, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Peter Markevich against the Royal Insurance Company, Limited.

PER CURIAM. Under the decisions of Tebo v. Baker, 77 N. Y. 33, and Goldenberg v. Zirinsky, 114 App. Div. 827, 100 N. Y. Supp. 251, no jurisdiction over plaintiff was acquired by the service of an order for his examination upon his attorneys. The order appealed from is therefore reversed, with $10 costs and disbursements, and without prejudice to further proceedings which defendant may take to examine plaintiff before trial. See, also, 147 N. Y. Supp. 1004; 148 N. Y. Supp. 1129.

MARMORA, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Andrew Marmora against the International Railway Company and another. No opinion. Judgment and order affirmed, with costs.

MARCUS et al. v. FIDELITY & DEPOSIT CO. OF MARYLAND. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Nathan Marcus and others against the Fidelity & Deposit Company of Maryland. No opinion. Application granted, upon defendant filing stipulation provided for in order. Order signed. See, also, 145 N. Y. Supp. 49.

MARSHALL, Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Mary Marshall against Matthew Marshall. G. P. Breckenridge, of New York City, for appellant. J. N. Schultz, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MARTIN et al., Respondents, v. BAY DREDGING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Ralph F. Martin and another, copartners, etc., against the Bay Dredging & Contracting Company. No opinion. Judgment and order re-